# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DR. DONG SHENG GUO

VERSUS

SOUTHERN UNIVERSITY AND A&M
COLLEGE

NO.  2019 CW 1446

MAR 1 3 2020

---

In Re:      Dr.  Dong  Sheng  Guo,  applying  for  supervisory  writs,
            19th  Judicial  District  Court,  Parish  of  East  Baton
            Rouge, No. 616251.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT NOT CONSIDERED.**  This writ application is untimely.
Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal,
provides that the return date in civil cases shall not exceed 30
days from the date of notice as provided in La. Code Civ. P.
art.  1914.  La.  Code  Civ.  P.  art.  1914(B)  provides  that
interlocutory judgments must be reduced to writing if the court
so orders, and the clerk shall mail notice of judgment.  In this
case, the trial court ordered a judgment, which was signed on
September 3, 2019, and notice was issued on September 4, 2019.
The  return  date  order  signed  on  September  10,  2019  set  the
return date in accordance with law.  This writ application,
filed  more  than  thirty  days  after  notice  of  the  judgment,  on
October 31, 2019, is untimely.

                              **JMM**
                              **MRT**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT